LORAIN COUNTY BAR ASSOCIATION *v.* HAYNES.

[Cite as *Lorain Cty. Bar Assn. v. Haynes* (2000), 88 Ohio St.3d 164.]

(No. 99–1889—Submitted December 15, 1999—Decided February 23, 2000.)

*Cook & Batista Co., L.P.A.,* and *Daniel A. Cook,* for relator.

*Kegler, Brown, Hill & Ritter, Geoffrey Stern* and *Christopher J. Weber,* for respondent.

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. Given respondent's solitary act of neglect in an otherwise unblemished legal career and the lack of financial harm to his client, a public reprimand is warranted. See *Lake Cty. Bar Assn. v. Smith* (1999), 85 Ohio St.3d 402, 709 N.E.2d 116; *Cleveland Bar Assn. v. Kates* (1997), 78 Ohio St.3d 69, 676 N.E.2d 512; *Stark Cty. Bar Assn. v. Tscholl* (1991), 57 Ohio St.3d 211, 567 N.E.2d 265. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.